

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-15-00364-CV

---

IN THE INTEREST OF S.K.N. AND L.S.N., CHILDREN

---

On Appeal from the 378th District Court
Ellis County, Texas
Trial Court No. 84756D, Honorable Joe F. Grubbs, Presiding

---

November 6, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, N.T.N., filed a notice of appeal on September 3, 2015. By letter dated September 14, 2015, N.T.N. was notified that the filing fee of $205 had not been paid, and failure to do so by September 24 could result in dismissal of the appeal. No fee having been received within the deadline, N.T.N. was again advised of the outstanding filing fee and the consequences of failing to pay by letter dated October 7, 2015. This notice gave N.T.N. until October 27 to pay the filing fee. Despite two notices and a reasonable time in which to comply with this Court's request, N.T.N. has failed to pay the filing fee. As such, this Court is authorized to dismiss this appeal. *See* TEX. R. APP. P. 42.3(c).

Consequently, this appeal is dismissed.

Per Curiam